UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PAUL HALCZENKO Dr., *et al.*, *on behalf of Themselves and those similarly situated*, <br><br>  Plaintiffs, <br><br> v. <br><br> ASCENSION HEALTH, INC., *et al.*, <br><br>  Defendant. | |
| ST. MARY'S HEALTH, INC., <br> ST. MARY'S WARRICK HOSPITAL, INC., <br><br>  Counter Defendants. | No. 1:21-cv-02816-JPH-MG <br> No. 1:22-cv-01097-JPH-MG |
| KAYLYN APPLEGATE, *et al.*, *on behalf of Themselves and those similarly situated*, <br><br>  Consol Plaintiffs, <br><br> v. <br><br> ST. VINCENT HEALTH, INC., *et al.*, <br><br>  Consol Defendants. | |

> The court acknowledges the Joint Stipulation of Dismissal with prejudice, Dkt. [215]. The Clerk is DIRECTED to close this case on the docket. JPH 8/29/2025. Distribution via ECF.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

All parties, by their respective counsel, stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action and the related action of Cause No. 1:22-cv-01097-JPH-MG be DISMISSED in their entirety, with prejudice, each party to bear her, his or its own fees and costs.

1